FILED
2006 SEP 12 AM 8: 39
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 06-CR-636 H |
|---|---|
| Plaintiff, vs. MODESTO DELGADO, Defendant. | ORDER RE SUBPOENAED RECORDS |

The Court has received a copy of records produced by the Missouri State Highway Patrol Criminal Records and Identification Division pursuant to a subpoena.

The Court orders that a copy of the subpoenaed records received be sent to the Assistant U.S. Attorney, Orlando B. Gutierrez, and a copy to Mary Frances Prevost, attorney for defendant.

IT IS SO ORDERED.

Dated: 9/11/06

_____
MARILYN L. HUFF, U.S. District Judge
UNITED STATES DISTRICT COURT

1  Copies To:

2  Orlando B. Gutierrez
   Assistant U.S. Attorney
3  880 Front Street
   San Diego, CA 92101
4
   Mary Frances Prevost
5  555 W. Beech St., Suite 500
   San Diego, CA 92101
6




Department of Public Safety
**MISSOURI STATE HIGHWAY PATROL**
Colonel James F. Keathley, Superintendent

An Internationally Accredited Agency

**Matt Blunt**
*Governor*

**Mark S. James**
*Director*

September 1, 2006

Ms. Mary Frances Prevost
555 W. Beech Street
Suite 500
San Diego, CA 92101

RE: USA v. Modesto Delgado

Dear Ms. Prevost:

This correspondence is in regards to the subpoena to produce documents for the above listed case. Per your conversation with our legal counsel I am sending the documents requested with a business records affidavit to eliminate the necessity of appearing in person. The following is a list of the items listed on the subpoena and the responses to each:

1. There are no videotapes regarding the investigation of Mr. Delgado.
2. There are no audiotapes regarding the investigation of Mr. Delgado.
3. There were no EPIC communications regarding Mr. Delgado.
4. The memos, training manuals, and directives regarding drug interdictions are closed records under the Revised Statutes of Missouri Chapter 610.100(3) and are not available for dissemination.
5. The dispatch log is attached.
6. There were no administrative checkpoints at that location on November 10, 2004.

If you have any questions please contact me at the Criminal Records and Identification Division at 573-522-4968.

Sincerely,

STEVEN J. FRISBIE, Sergeant
Custodian of Records

Enc

STATE OF MISSOURI        )
                                                    Modesto Delgado
COUNTY OF COLE           )

## AFFIDAVIT

Before me, the undersigned authority, personally appeared Steven Frisbie, Sergeant of the Missouri State Highway Patrol, who being duly sworn by me, deposed as follows:

My name is Steven Frisbie, I am of sound mind, capable of making this affidavit and personally acquainted with the facts herein stated:

I am the custodian of records of the Criminal Records Division of the Missouri State Highway Patrol. Attached hereto is <u>3 pages</u> of record from the Missouri State Highway Patrol in the regular course of business, and it was in the regular course of business of the Missouri State Highway Patrol for an employee or representative of the Missouri State Highway Patrol, with knowledge of the act, event, condition, opinion, or diagnosis recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time of the act, event, condition, opinion or diagnosis. The <u>3 pages</u> of record attached hereto is the original or exact duplicate of the original.

Sgt. Steven J. Frisbie, Affiant

In witness whereof, I have hereunto subscribed my name and affixed my official seal this 1st day of September 2006.

Faith Anderson, Notary Public
State of Missouri
County of Moniteau
My Commission Expires: <u>02-07-2009</u>

```
                         MSHP CAD Log
                       November 10, 2004

                       reference arrest of
                         Modesto Delgado


10:00:48  | coopet   | U 370,10,,S1,
10:22:56  | coopet   | T 1532,44/OLDS SCALES;C BLK TRAC W/TRLR,1532
10:23:03  | coopet   | V UP37983,CA,1532
10:23:28  | coopet   | P LEON,CESAR A,081071,W,M,CA,1532
10:23:38  | coopet   | P QWR.OLN/A7964852.LIS/CA,1532
10:23:58  | coopet   | P DELGADO,MODESTO,100773,W,M,CA,1532
10:32:33  | coopet   | M 266,CALL 27 AT S1,
10:37:09  | coopet   | M 550,CALLED/NO ANSWER,
10:37:22  | coopet   | C 18/19,1532
10:39:20  | coopet   | M 1532,PAGED,
10:39:26  | coopet   | M 550,PAGED,
10:44:13  | coopet   | m 550,advised in office to call d4,
10:44:51  | coopet   | a 266,1532
10:44:55  | coopet   | u 266,23,
11:01:41  | coopet   | c 266 - end 370 2 in custody,266
11:02:24  | coopet   | a 370,266
11:11:01  | coopet   | a 550,370
11:11:05  | coopet   | u 550,370,23,
11:16:21  | coopet   | u 1532,enr,stop 1,
11:22:31  | coopet   | u 370,15,enrt s1,
11:27:13  | coopet   | u 370,23,stop1,
11:27:17  | coopet   | u 370,23,stop 1,
11:30:07  | coopet   | u 1532,23,stop 1,
12:04:35  | coopet   | u 550,1248,10,,federal courthouse,
12:04:45  | coopet   | u 550,1248,10,,federal courthouse,
12:09:36  | coopet   | c 266 - recovered 42 kilos of cocaine,111004-325
12:57:01  | coopet   | u 370,8,
13:03:57  | coopet   | m 370,call 27 at stop 1,
13:13:47  | coopet   | u 370,23,44/w of 266,
13:17:37  | coopet   | a 266,370
13:17:44  | coopet   | u 266,8,
13:17:48  | coopet   | a 266,370
13:19:48  | coopet   | u 266,enr,
13:29:08  | coopet   | u 266,23,
13:37:25  | coopet   | c 266 - have 129 call me,266
13:38:23  | coopet   | c 129 advised,266
13:53:57  | coopet   | u 550,1248,10,,s1,
13:56:51  | coopet   | u 1532,8,
14:00:45  | coopet   | c 18/19,266
14:12:49  | coopet   | c advise 550 we have a money seizure and may need
          |          |   him later,370
14:14:07  | coopet   | ad 550 notified,550
14:14:16  | coopet   | ad 550 notified,370
```

**MISSOURI STATE HIGHWAY PATROL**
**COMMUNICATIONS DIVISION**

**CALL FOR SERVICE**
**111004-325**

DATE: 08/22/2006
TIME: 13.52.19
CFS NUMBER: 111004-325
DATE & TIME SENT: Wed Nov 10, 2004 10:22:56
INCIDENT NUMBER: 000000000000004300935
CALLTAKER: COOPET
INC CODE DESCRIPTION: DRUG OFFENSE
INC CODE: CDRUGS     IN PROG: N/A
INC ADDRESS: 44/OLDS SCALES
INC ADDR DESC: N/A
CITY: N/A     BLDG: N/A          COUNTY: N/A
PHONE: N/A          BUS NAME: N/A
COMP NAME: N/A
COMP ADDRESS: N/A
RES PHONE: N/A          OFF CONTACT: N/A   PRI: 2     HOW RCVD: O
PHONE LINE: N/A     WEAPON: N/A    ALARM: N/A
FINAL DISPOSITION: J1
PRIMARY UNIT: 1532
UNITS ATTACHED: 1532 266 370 550

REPORT NO.HP25P001
PAGE NO.  1 OF  2
DATE & TIME RECD: Wed Nov 10, 2004 10:22:56
DATE & TIME CMPL: Wed Nov 10, 2004 14:31:12

DISPATCHER: COOPET

**COMMENTS**
[2004/11/10 10:22:56 COOPET]BLK TRAC W/TRLR
[2004/11/10 10:37:22 COOPET]18/19
[2004/11/10 11:01:41 COOPET]266 - END 370 2 IN CUSTODY
[2004/11/10 12:09:06 COOPET]INCIDENTCODE CHANGED FROM TRF TO CDRUGS AT 12:09
[2004/11/10 12:09:36 COOPET]266 - RECOVERED 42 KILOS OF COCAINE

**VEHICLE ACTIVITY ASSOCIATED WITH CALL**
CFS: 111004-325
DATE: 2004/11/10          TIME: 10:23:03
LIC:  UP37983   LIS: CA    LIT: N/A      VCO: N/A
VYR:  N/A       VMA: N/A   VMO: N/A      VIN:  N/A
ARMED & DANGEROUS: N/A MISC: N/A

**PERSONS ASSOCIATED WITH CALL**
CFS: 111004-325
DATE: 2004/11/10          TIME: 10:23:28   NAME: LEON,CESAR A
DOB: 08/10/71   SEX: M     RACE: W          STATE: CA
MISC: N/A
CFS: 111004-325
DATE: 2004/11/10          TIME: 10:23:38   NAME: QWR.OLN/A7964852.LIS/CA
DOB: N/A        SEX: N/A   RACE: N/A        STATE: N/A
MISC: N/A
CFS: 111004-325
DATE: 2004/11/10          TIME: 10:23:58   NAME: DELGADO,MODESTO
DOB: 10/07/73   SEX: M     RACE: W          STATE: CA
MISC: N/A

**MISSOURI STATE HIGHWAY PATROL**
**COMMUNICATIONS DIVISION**

**CALL FOR SERVICE**
**111004-325**

DATE: 08/22/2006
TIME: 13.52.20

REPORT NO.HP25P001
PAGE NO.  2 OF  2

**UNIT ACTIVITY ASSOCIATED WITH CALL**

```
UNIT        STATUS        DATE AND TIME           LOCATION
1532        10_23         2004/11/10 10:22:56     44/OLDS SCALES
    MESSAGE: N/A
1532        10_23         2004/11/10 10:39:20     44/OLDS SCALES
    MESSAGE: PAGED
1532        EN_ROUTE      2004/11/10 11:16:21     44/OLDS SCALES
    MESSAGE: ENROUTE (ENR)
1532        EN_ROUTE      2004/11/10 11:16:21     U:STOP 1
    MESSAGE: U:STOP 1
1532        10_23         2004/11/10 11:30:07     44/OLDS SCALES
    MESSAGE: N/A
1532        10_23         2004/11/10 11:30:07     44/OLDS SCALES
    MESSAGE: ON SCENE (23)
1532        10_23         2004/11/10 11:30:07     U:STOP 1
    MESSAGE: U:STOP 1
1532        10_23         2004/11/10 12:09:06     U:STOP 1
    MESSAGE: N/A
1532        10_8          2004/11/10 13:56:51     U:STOP 1
    MESSAGE: DETACHED FROM CFS #111004-325
266         DISPATCHED    2004/11/10 10:44:51     44/OLDS SCALES
    MESSAGE: N/A
266         10_23         2004/11/10 10:44:55     44/OLDS SCALES
    MESSAGE: ON SCENE (23)
266         10_23         2004/11/10 12:09:06     44/OLDS SCALES
    MESSAGE: N/A
266         10_8          2004/11/10 13:17:44     44/OLDS SCALES
    MESSAGE: DETACHED FROM CFS #111004-325
370         DISPATCHED    2004/11/10 11:02:24     44/OLDS SCALES
    MESSAGE: N/A
370         10_23         2004/11/10 11:11:05     44/OLDS SCALES
    MESSAGE: ON SCENE (23)
370         10_15         2004/11/10 11:22:31     44/OLDS SCALES
    MESSAGE: TRANSPORT (15)
370         10_15         2004/11/10 11:22:31     U:ENRT S1
    MESSAGE: U:ENRT S1
370         10_23         2004/11/10 11:27:13     44/OLDS SCALES
    MESSAGE: N/A
370         10_23         2004/11/10 11:27:13     44/OLDS SCALES
    MESSAGE: ON SCENE (23)
370         10_23         2004/11/10 11:27:13     U:STOP1
    MESSAGE: U:STOP1
370         10_23         2004/11/10 11:27:17     44/OLDS SCALES
    MESSAGE: N/A
370         10_23         2004/11/10 11:27:17     44/OLDS SCALES
    MESSAGE: ON SCENE (23)
370         10_23         2004/11/10 11:27:17     U:STOP 1
    MESSAGE: U:STOP 1
370         10_23         2004/11/10 12:09:06     U:STOP 1
    MESSAGE: N/A
370         10_8          2004/11/10 12:57:01     U:STOP 1
    MESSAGE: DETACHED FROM CFS #111004-325
550         DISPATCHED    2004/11/10 11:11:01     44/OLDS SCALES
    MESSAGE: N/A
550         10_23         2004/11/10 11:11:05     44/OLDS SCALES
    MESSAGE: ON SCENE (23)
550         10_8          2004/11/10 12:04:43     44/OLDS SCALES
    MESSAGE: DETACHED FROM CFS #111004-325
```

Department of Public Safety
# MISSOURI STATE HIGHWAY PATROL
Colonel James F. Keathley, Superintendent



*An Internationally Accredited Agency*

**Matt Blunt**
*Governor*

**Mark S. James**
*Director*

September 1, 2006

Ms. Mary Frances Prevost
555 W. Beech Street
Suite 500
San Diego, CA 92101

RE: USA v. Modesto Delgado

Dear Ms. Prevost:

This correspondence is in regards to the subpoena to produce documents for the above listed case. Per your conversation with our legal counsel I am sending the documents requested with a business records affidavit to eliminate the necessity of appearing in person. The following is a list of the items listed on the subpoena and the responses to each:

1. There are no videotapes regarding the investigation of Mr. Delgado.
2. There are no audiotapes regarding the investigation of Mr. Delgado.
3. There were no EPIC communications regarding Mr. Delgado.
4. The memos, training manuals, and directives regarding drug interdictions are closed records under the Revised Statutes of Missouri Chapter 610.100(3) and are not available for dissemination.
5. The dispatch log is attached.
6. There were no administrative checkpoints at that location on November 10, 2004.

If you have any questions please contact me at the Criminal Records and Identification Division at 573-522-4968.

Sincerely,

STEVEN J. FRISBIE, Sergeant
Custodian of Records

Enc

STATE OF MISSOURI        )
                                               Modesto Delgado
COUNTY OF COLE          )

## AFFIDAVIT

Before me, the undersigned authority, personally appeared Steven Frisbie, Sergeant of the Missouri State Highway Patrol, who being duly sworn by me, deposed as follows:

My name is Steven Frisbie, I am of sound mind, capable of making this affidavit and personally acquainted with the facts herein stated:

I am the custodian of records of the Criminal Records Division of the Missouri State Highway Patrol. Attached hereto is **3 pages** of record from the Missouri State Highway Patrol in the regular course of business, and it was in the regular course of business of the Missouri State Highway Patrol for an employee or representative of the Missouri State Highway Patrol, with knowledge of the act, event, condition, opinion, or diagnosis recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time of the act, event, condition, opinion or diagnosis. The **3 pages** of record attached hereto is the original or exact duplicate of the original.

Sgt. Steven J. Frisbie, Affiant

In witness whereof, I have hereunto subscribed my name and affixed my official seal this 1st day of September 2006.

Faith Anderson, Notary Public
State of Missouri
County of Moniteau
My Commission Expires: 02-07-2009

```
                     MSHP CAD Log
                   November 10, 2004

                   reference arrest of
                     Modesto Delgado


 10:00:48  | coopet   | U 370,10,,S1,
 10:22:56  | coopet   | T 1532,44/OLDS SCALES;C BLK TRAC W/TRLR,1532
 10:23:03  | coopet   | V UP37983,CA,1532
 10:23:28  | coopet   | P LEON,CESAR A,081071,W,M,CA,1532
 10:23:38  | coopet   | P QWR.OLN/A7964852.LIS/CA,1532
 10:23:58  | coopet   | P DELGADO,MODESTO,100773,W,M,CA,1532
 10:32:33  | coopet   | M 266,CALL 27 AT S1,
 10:37:09  | coopet   | M 550,CALLED/NO ANSWER,
 10:37:22  | coopet   | C 18/19,1532
 10:39:20  | coopet   | M 1532,PAGED,
 10:39:26  | coopet   | M 550,PAGED,
 10:44:13  | coopet   | m 550,advised in office to call d4,
 10:44:51  | coopet   | a 266,1532
 10:44:55  | coopet   | u 266,23,
 11:01:41  | coopet   | c 266 - end 370 2 in custody,266
 11:02:24  | coopet   | a 370,266
 11:11:01  | coopet   | a 550,370
 11:11:05  | coopet   | u 550,370,23,
 11:16:21  | coopet   | u 1532,enr,stop 1,
 11:22:31  | coopet   | u 370,15,enrt s1,
 11:27:13  | coopet   | u 370,23,stop1,
 11:27:17  | coopet   | u 370,23,stop 1,
 11:30:07  | coopet   | u 1532,23,stop 1,
 12:04:35  | coopet   | u 550,1248,10,,federal courthouse,
 12:04:45  | coopet   | u 550,1248,10,,federal courthouse,
 12:09:36  | coopet   | c 266 - recovered 42 kilos of cocaine,111004-325
 12:57:01  | coopet   | u 370,8,
 13:03:57  | coopet   | m 370,call 27 at stop 1,
 13:13:47  | coopet   | u 370,23,44/w of 266,
 13:17:37  | coopet   | a 266,370
 13:17:44  | coopet   | u 266,8,
 13:17:48  | coopet   | a 266,370
 13:19:48  | coopet   | u 266,enr,
 13:29:08  | coopet   | u 266,23,
 13:37:25  | coopet   | c 266 - have 129 call me,266
 13:38:23  | coopet   | c 129 advised,266
 13:53:57  | coopet   | u 550,1248,10,,s1,
 13:56:51  | coopet   | u 1532,8,
 14:00:45  | coopet   | c 18/19,266
 14:12:49  | coopet   | c advise 550 we have a money seizure and may need
           |          |   him later,370
 14:14:07  | coopet   | ad 550 notified,550
 14:14:16  | coopet   | ad 550 notified,370


                        Page 1
```

**MISSOURI STATE HIGHWAY PATROL**
**COMMUNICATIONS DIVISION**

**CALL FOR SERVICE**
**111004-325**

```
DATE: 08/22/2006                                              REPORT NO.HP25P001
TIME: 13.52.19                                                PAGE NO.  1 OF  2
CFS NUMBER: 111004-325              DATE & TIME RECD: Wed Nov 10, 2004 10:22:56
DATE & TIME SENT: Wed Nov 10, 2004 10:22:56    DATE & TIME CMPL: Wed Nov 10, 2004 14:31:12
INCIDENT NUMBER: 000000000000004300935
CALLTAKER: COOPET                   DISPATCHER: COOPET
INC CODE DESCRIPTION: DRUG OFFENSE
INC CODE: CDRUGS      IN PROG: N/A
INC ADDRESS: 44/OLDS SCALES
INC ADDR DESC: N/A
CITY: N/A      BLDG: N/A         COUNTY: N/A
PHONE: N/A          BUS NAME: N/A
COMP NAME: N/A
COMP ADDRESS: N/A
RES PHONE: N/A          OFF CONTACT: N/A    PRI: 2     HOW RCVD: O
PHONE LINE: N/A     WEAPON: N/A    ALARM: N/A
FINAL DISPOSITION: J1
PRIMARY UNIT: 1532
UNITS ATTACHED: 1532 266 370 550


COMMENTS
[2004/11/10 10:22:56 COOPET]BLK TRAC W/TRLR
[2004/11/10 10:37:22 COOPET]18/19
[2004/11/10 11:01:41 COOPET]266 - END 370 2 IN CUSTODY
[2004/11/10 12:09:06 COOPET]INCIDENTCODE CHANGED FROM TRF TO CDRUGS AT 12:09
[2004/11/10 12:09:36 COOPET]266 - RECOVERED 42 KILOS OF COCAINE


VEHICLE ACTIVITY ASSOCIATED WITH CALL
CFS: 111004-325
DATE: 2004/11/10          TIME: 10:23:03
LIC:  UP37983     LIS: CA     LIT: N/A        VCO: N/A
VYR:  N/A         VMA: N/A    VMO: N/A        VIN:  N/A
ARMED & DANGEROUS: N/A MISC: N/A


PERSONS ASSOCIATED WITH CALL
CFS:  111004-325
DATE: 2004/11/10          TIME: 10:23:28     NAME: LEON,CESAR A
DOB:  08/10/71    SEX: M     RACE: W          STATE: CA
MISC: N/A
CFS:  111004-325
DATE: 2004/11/10          TIME: 10:23:38     NAME: QWR.OLN/A7964852.LIS/CA
DOB:  N/A         SEX: N/A   RACE: N/A        STATE: N/A
MISC: N/A
CFS:  111004-325
DATE: 2004/11/10          TIME: 10:23:58     NAME: DELGADO,MODESTO
DOB:  10/07/73    SEX: M     RACE: W          STATE: CA
MISC: N/A
```

MISSOURI STATE HIGHWAY PATROL
COMMUNICATIONS DIVISION

CALL FOR SERVICE
111004-325

DATE: 08/22/2006
TIME: 13.52.20

REPORT NO.HP25P001
PAGE NO.   2 OF   2

UNIT ACTIVITY ASSOCIATED WITH CALL

```
UNIT         STATUS        DATE AND TIME          LOCATION
1532         10_23         2004/11/10 10:22:56    44/OLDS SCALES
    MESSAGE: N/A
1532         10_23         2004/11/10 10:39:20    44/OLDS SCALES
    MESSAGE: PAGED
1532         EN_ROUTE      2004/11/10 11:16:21    44/OLDS SCALES
    MESSAGE: ENROUTE (ENR)
1532         EN_ROUTE      2004/11/10 11:16:21    U:STOP 1
    MESSAGE: U:STOP 1
1532         10_23         2004/11/10 11:30:07    44/OLDS SCALES
    MESSAGE: N/A
1532         10_23         2004/11/10 11:30:07    44/OLDS SCALES
    MESSAGE: ON SCENE (23)
1532         10_23         2004/11/10 11:30:07    U:STOP 1
    MESSAGE: U:STOP 1
1532         10_23         2004/11/10 12:09:06    U:STOP 1
    MESSAGE: N/A
1532         10_8          2004/11/10 13:56:51    U:STOP 1
    MESSAGE: DETACHED FROM CFS #111004-325
266          DISPATCHED    2004/11/10 10:44:51    44/OLDS SCALES
    MESSAGE: N/A
266          10_23         2004/11/10 10:44:55    44/OLDS SCALES
    MESSAGE: ON SCENE (23)
266          10_23         2004/11/10 12:09:06    44/OLDS SCALES
    MESSAGE: N/A
266          10_8          2004/11/10 13:17:44    44/OLDS SCALES
    MESSAGE: DETACHED FROM CFS #111004-325
370          DISPATCHED    2004/11/10 11:02:24    44/OLDS SCALES
    MESSAGE: N/A
370          10_23         2004/11/10 11:11:05    44/OLDS SCALES
    MESSAGE: ON SCENE (23)
370          10_15         2004/11/10 11:22:31    44/OLDS SCALES
    MESSAGE: TRANSPORT (15)
370          10_15         2004/11/10 11:22:31    U:ENRT S1
    MESSAGE: U:ENRT S1
370          10_23         2004/11/10 11:27:13    44/OLDS SCALES
    MESSAGE: N/A
370          10_23         2004/11/10 11:27:13    44/OLDS SCALES
    MESSAGE: ON SCENE (23)
370          10_23         2004/11/10 11:27:13    U:STOP1
    MESSAGE: U:STOP1
370          10_23         2004/11/10 11:27:17    44/OLDS SCALES
    MESSAGE: N/A
370          10_23         2004/11/10 11:27:17    44/OLDS SCALES
    MESSAGE: ON SCENE (23)
370          10_23         2004/11/10 11:27:17    U:STOP 1
    MESSAGE: U:STOP 1
370          10_23         2004/11/10 12:09:06    U:STOP 1
    MESSAGE: N/A
370          10_8          2004/11/10 12:57:01    U:STOP 1
    MESSAGE: DETACHED FROM CFS #111004-325
550          DISPATCHED    2004/11/10 11:11:01    44/OLDS SCALES
    MESSAGE: N/A
550          10_23         2004/11/10 11:11:05    44/OLDS SCALES
    MESSAGE: ON SCENE (23)
550          10_8          2004/11/10 12:04:43    44/OLDS SCALES
    MESSAGE: DETACHED FROM CFS #111004-325
```

Department of Public Safety
**MISSOURI STATE HIGHWAY PATROL**
Colonel James F. Keathley, Superintendent

*An Internationally Accredited Agency*

**Matt Blunt**
*Governor*

**Mark S. James**
*Director*

September 1, 2006

Ms. Mary Frances Prevost
555 W. Beech Street
Suite 500
San Diego, CA 92101

RE: USA v. Modesto Delgado

Dear Ms. Prevost:

This correspondence is in regards to the subpoena to produce documents for the above listed case. Per your conversation with our legal counsel I am sending the documents requested with a business records affidavit to eliminate the necessity of appearing in person. The following is a list of the items listed on the subpoena and the responses to each:

1. There are no videotapes regarding the investigation of Mr. Delgado.
2. There are no audiotapes regarding the investigation of Mr. Delgado.
3. There were no EPIC communications regarding Mr. Delgado.
4. The memos, training manuals, and directives regarding drug interdictions are closed records under the Revised Statutes of Missouri Chapter 610.100(3) and are not available for dissemination.
5. The dispatch log is attached.
6. There were no administrative checkpoints at that location on November 10, 2004.

If you have any questions please contact me at the Criminal Records and Identification Division at 573-522-4968.

Sincerely,

STEVEN J. FRISBIE, Sergeant
Custodian of Records

Enc

STATE OF MISSOURI )

COUNTY OF COLE )

Modesto Delgado

## AFFIDAVIT

Before me, the undersigned authority, personally appeared Steven Frisbie, Sergeant of the Missouri State Highway Patrol, who being duly sworn by me, deposed as follows:

My name is Steven Frisbie, I am of sound mind, capable of making this affidavit and personally acquainted with the facts herein stated:

I am the custodian of records of the Criminal Records Division of the Missouri State Highway Patrol. Attached hereto is <u>3 pages</u> of record from the Missouri State Highway Patrol in the regular course of business, and it was in the regular course of business of the Missouri State Highway Patrol for an employee or representative of the Missouri State Highway Patrol, with knowledge of the act, event, condition, opinion, or diagnosis recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time of the act, event, condition, opinion or diagnosis. The <u>3 pages</u> of record attached hereto is the original or exact duplicate of the original.

Sgt. Steven J. Frisbie, Affiant

In witness whereof, I have hereunto subscribed my name and affixed my official seal this 1st day of September 2006.

Faith Anderson, Notary Public
State of Missouri
County of Moniteau
My Commission Expires: <u>02-07-2009</u>

"NOTARY SEAL"
Faith Anderson, Notary Public
Moniteau County, State of Missouri
My Commission Expires 2/7/2009
Commission Number 05504365

```
                          MSHP CAD Log
                        November 10, 2004

                        reference arrest of
                          Modesto Delgado


 10:00:48  | coopet   | u 370,10,,S1,
 10:22:56  | coopet   | T 1532,44/OLDS SCALES;C BLK TRAC W/TRLR,1532
 10:23:03  | coopet   | V UP37983,CA,1532
 10:23:28  | coopet   | P LEON,CESAR A,081071,W,M,CA,1532
 10:23:38  | coopet   | P QWR.OLN/A7964852.LIS/CA,1532
 10:23:58  | coopet   | P DELGADO,MODESTO,100773,W,M,CA,1532
 10:32:33  | coopet   | M 266,CALL 27 AT S1,
 10:37:09  | coopet   | M 550,CALLED/NO ANSWER,
 10:37:22  | coopet   | C 18/19,1532
 10:39:20  | coopet   | M 1532,PAGED,
 10:39:26  | coopet   | M 550,PAGED,
 10:44:13  | coopet   | m 550,advised in office to call d4,
 10:44:51  | coopet   | a 266,1532
 10:44:55  | coopet   | u 266,23,
 11:01:41  | coopet   | c 266 - end 370 2 in custody,266
 11:02:24  | coopet   | a 370,266
 11:11:01  | coopet   | a 550,370
 11:11:05  | coopet   | u 550,370,23,
 11:16:21  | coopet   | u 1532,enr,stop 1,
 11:22:31  | coopet   | u 370,15,enrt s1,
 11:27:13  | coopet   | u 370,23,stop1,
 11:27:17  | coopet   | u 370,23,stop 1,
 11:30:07  | coopet   | u 1532,23,stop 1,
 12:04:35  | coopet   | u 550,1248,10,,federal courthouse,
 12:04:45  | coopet   | u 550,1248,10,,federal courthouse,
 12:09:36  | coopet   | c 266 - recovered 42 kilos of cocaine,111004-325
 12:57:01  | coopet   | u 370,8,
 13:03:57  | coopet   | m 370,call 27 at stop 1,
 13:13:47  | coopet   | u 370,23,44/w of 266,
 13:17:37  | coopet   | a 266,370
 13:17:44  | coopet   | u 266,8,
 13:17:48  | coopet   | a 266,370
 13:19:48  | coopet   | u 266,enr,
 13:29:08  | coopet   | u 266,23,
 13:37:25  | coopet   | c 266 - have 129 call me,266
 13:38:23  | coopet   | c 129 advised,266
 13:53:57  | coopet   | u 550,1248,10,,s1,
 13:56:51  | coopet   | u 1532,8,
 14:00:45  | coopet   | c 18/19,266
 14:12:49  | coopet   | c advise 550 we have a money seizure and may need
           |          |   him later,370
 14:14:07  | coopet   | ad 550 notified,550
 14:14:16  | coopet   | ad 550 notified,370
```

MISSOURI STATE HIGHWAY PATROL
COMMUNICATIONS DIVISION

CALL FOR SERVICE
111004-325

DATE: 08/22/2006
TIME: 13.52.19

REPORT NO.HP25P001
PAGE NO. 1 OF 2

CFS NUMBER: 111004-325
DATE & TIME RECD: Wed Nov 10, 2004 10:22:56
DATE & TIME SENT: Wed Nov 10, 2004 10:22:56
DATE & TIME CMPL: Wed Nov 10, 2004 14:31:12
INCIDENT NUMBER: 000000000000004300935
CALLTAKER: COOPET
DISPATCHER: COOPET
INC CODE DESCRIPTION: DRUG OFFENSE
INC CODE: CDRUGS     IN PROG: N/A
INC ADDRESS: 44/OLDS SCALES
INC ADDR DESC: N/A
CITY: N/A    BLDG: N/A      COUNTY: N/A
PHONE: N/A     BUS NAME: N/A
COMP NAME: N/A
COMP ADDRESS: N/A
RES PHONE: N/A     OFF CONTACT: N/A    PRI: 2     HOW RCVD: O
PHONE LINE: N/A    WEAPON: N/A   ALARM: N/A
FINAL DISPOSITION: J1
PRIMARY UNIT: 1532
UNITS ATTACHED: 1532 266 370 550

**COMMENTS**
[2004/11/10 10:22:56 COOPET]BLK TRAC W/TRLR
[2004/11/10 10:37:22 COOPET]18/19
[2004/11/10 11:01:41 COOPET]266 - END 370 2 IN CUSTODY
[2004/11/10 12:09:06 COOPET]INCIDENTCODE CHANGED FROM TRF TO CDRUGS AT 12:09
[2004/11/10 12:09:36 COOPET]266 - RECOVERED 42 KILOS OF COCAINE


**VEHICLE ACTIVITY ASSOCIATED WITH CALL**
CFS: 111004-325
DATE: 2004/11/10         TIME: 10:23:03
LIC: UP37983    LIS: CA    LIT: N/A      VCO: N/A
VYR: N/A        VMA: N/A   VMO: N/A      VIN: N/A
ARMED & DANGEROUS: N/A MISC: N/A


**PERSONS ASSOCIATED WITH CALL**
CFS:  111004-325
DATE: 2004/11/10         TIME: 10:23:28    NAME: LEON,CESAR A
DOB:  08/10/71    SEX: M    RACE: W        STATE: CA
MISC: N/A
CFS:  111004-325
DATE: 2004/11/10         TIME: 10:23:38    NAME: QWR.OLN/A7964852.LIS/CA
DOB:  N/A         SEX: N/A  RACE: N/A      STATE: N/A
MISC: N/A
CFS:  111004-325
DATE: 2004/11/10         TIME: 10:23:58    NAME: DELGADO,MODESTO
DOB:  10/07/73    SEX: M    RACE: W        STATE: CA
MISC: N/A

**MISSOURI STATE HIGHWAY PATROL**
**COMMUNICATIONS DIVISION**

**CALL FOR SERVICE**
**111004-325**

DATE: 08/22/2006
TIME: 13.52.20

REPORT NO.HP25P001
PAGE NO.  2 OF  2

**UNIT ACTIVITY ASSOCIATED WITH CALL**

```
UNIT        STATUS         DATE AND TIME          LOCATION
1532          10_23        2004/11/10 10:22:56    44/OLDS SCALES
     MESSAGE: N/A
1532          10_23        2004/11/10 10:39:20    44/OLDS SCALES
     MESSAGE: PAGED
1532          EN_ROUTE     2004/11/10 11:16:21    44/OLDS SCALES
     MESSAGE: ENROUTE (ENR)
1532          EN_ROUTE     2004/11/10 11:16:21    U:STOP 1
     MESSAGE: U:STOP 1
1532          10_23        2004/11/10 11:30:07    44/OLDS SCALES
     MESSAGE: N/A
1532          10_23        2004/11/10 11:30:07    44/OLDS SCALES
     MESSAGE: ON SCENE (23)
1532          10_23        2004/11/10 11:30:07    U:STOP 1
     MESSAGE: U:STOP 1
1532          10_23        2004/11/10 12:09:06    U:STOP 1
     MESSAGE: N/A
1532          10_8         2004/11/10 13:56:51    U:STOP 1
     MESSAGE: DETACHED FROM CFS #111004-325
266           DISPATCHED   2004/11/10 10:44:51    44/OLDS SCALES
     MESSAGE: N/A
266           10_23        2004/11/10 10:44:55    44/OLDS SCALES
     MESSAGE: ON SCENE (23)
266           10_23        2004/11/10 12:09:06    44/OLDS SCALES
     MESSAGE: N/A
266           10_8         2004/11/10 13:17:44    44/OLDS SCALES
     MESSAGE: DETACHED FROM CFS #111004-325
370           DISPATCHED   2004/11/10 11:02:24    44/OLDS SCALES
     MESSAGE: N/A
370           10_23        2004/11/10 11:11:05    44/OLDS SCALES
     MESSAGE: ON SCENE (23)
370           10_15        2004/11/10 11:22:31    44/OLDS SCALES
     MESSAGE: TRANSPORT (15)
370           10_15        2004/11/10 11:22:31    U:ENRT S1
     MESSAGE: U:ENRT S1
370           10_23        2004/11/10 11:27:13    44/OLDS SCALES
     MESSAGE: N/A
370           10_23        2004/11/10 11:27:13    44/OLDS SCALES
     MESSAGE: ON SCENE (23)
370           10_23        2004/11/10 11:27:13    U:STOP1
     MESSAGE: U:STOP1
370           10_23        2004/11/10 11:27:17    44/OLDS SCALES
     MESSAGE: N/A
370           10_23        2004/11/10 11:27:17    44/OLDS SCALES
     MESSAGE: ON SCENE (23)
370           10_23        2004/11/10 11:27:17    U:STOP 1
     MESSAGE: U:STOP 1
370           10_23        2004/11/10 12:09:06    U:STOP 1
     MESSAGE: N/A
370           10_8         2004/11/10 12:57:01    U:STOP 1
     MESSAGE: DETACHED FROM CFS #111004-325
550           DISPATCHED   2004/11/10 11:11:01    44/OLDS SCALES
     MESSAGE: N/A
550           10_23        2004/11/10 11:11:05    44/OLDS SCALES
     MESSAGE: ON SCENE (23)
550           10_8         2004/11/10 12:04:43    44/OLDS SCALES
     MESSAGE: DETACHED FROM CFS #111004-325
```