MARY FRANCES PREVOST (CSB 157782)
3115 Fourth Avenue
San Diego, California 92103
(619) 692-9001 (Phone)
(619) 297-5908 (Fax)

Attorney for MODESTO DELGADO

**FILED**
OCT 24 2006
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(THE HON. MARILYN HUFF)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>MODESTO DELGADO,<br><br>          Defendant. | CASE NO. 06CR0636-H<br><br>**APPLICATION FOR ORDER SEALING MOTION TO RECONSIDER IN LIMINE MOTION TO ENFORCE THE DEAL; DECLARATION IN SUPPORT THEREOF** |

TO: PLAINTIFF UNITED STATES OF AMERICA AND ITS ATTORNEYS OF RECORD, CAROL LAM, U.S. ATTORNEY, AND HER AUTHORIZED REPRESENTATIVE:

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

I.

**APPLICATION**

Defendant hereby applies to this Court for an order sealing the accompanying Notice of Motion and Motion to Reconsider In Limine Motion to Enforce the Deal.

The good cause for the issuance of an order shortening time is set out in the Declaration of Mary Frances Prevost, attached to this Application as Appendix A.

///

## II.

## CONCLUSION

For the foregoing reasons, this Court should grant the above Application.

Dated: October 20, 2006

Respectfully submitted,

Mary Frances Prevost, **Esq. for Defendant**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the attached motion shall be filed under seal with the filing of this Order.

Dated: 10/24/06

HON. MARILYN HUFF
UNITED STATES DISTRICT COURT JUDGE

APPENDIX A

## DECLARATION OF MARY FRANCES PREVOST

I, Mary Frances Prevost, declare as follows:

1. I am an attorney licensed to practice before this court, and I am now the attorney of record in the above-entitled case for the defendant.

2. The defendant cooperated with the government against an individual who is still a target. The target, Juan Sanchotena, was arrested in San Diego, but we have been unable to discern why he was released from prosecution. The target is a reputed kingpin in a drug courier organization. The enclosed motion discuss the length and breadth of Defendant's cooperation, information which could be extremely detrimental to Defendant's safety if revealed to the public. I am informed and believe that an employee of Mr. Sanchotena has appeared in court to view proceedings in the past, and has contacted Mr. Delgado behind counsel's back while Mr. Delgado was represented by counsel. It is for these reasons we believe Mr. Delgado, or his family, could be in danger if the information in the motion and accompanying declaration is not filed under seal.

I declare under penalty of perjury that the forgoing is true and correct.

Dated: October 23, 2006

MARY FRANCES PREVOST